# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELVIN RAY LOVE, | Civil Action No. 17-1036 (BRM)(DEA) |
| Plaintiff, | |
| v. | **MEMORANDUM ORDER** |
| JOHN DOES 1-9, et al., | |
| Defendants. | |

**THIS MATTER** is opened to the Court on *pro se* Plaintiff Kelvin Ray Love's Motion for an Order to Show Cause "why the Defendants . . . should not be found liable for the spoliation as to [his] 1-10-18 [*in forma pauperis* ("IFP")] application (specifically pages 2, 3 and 4 of Plaintiff's Account Statement)." (ECF No. 41.) Defendants responded, asserting Plaintiff's request is moot. (ECF No. 42.) By way of background, the Court denied Plaintiff's application to proceed IFP on January 22, 2018, because his application was incomplete and missing pages. (ECF No. 39.) On February 22, 2018, Plaintiff submitted a complete IFP application, which the Court will consider in due course. To the extent Plaintiff seeks an order asking defendants to show cause why they should not be held liable, Plaintiff's request is denied. The Court's denial of Plaintiff's IFP application on January 22, 2018, was without prejudice and Plaintiff has not demonstrated an injury, particularly in light of the complete application presently pending before the Court. According, and for good cause shown,

**IT IS** it is on 5th day of March 2018,

**ORDERED** that Plaintiff's Motion for an Order to Show Cause is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**