# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELVIN RAY LOVE, | Civil Action No. 17-1036 (BRM)(DEA) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| JOHN DOES 1-9, et al., | |
| Defendants. | |

**THIS MATTER** is opened to the Court by *pro se* Plaintiff Kelvin Ray Love ("Plaintiff"), upon the filing of a Motion (ECF No. 70) to amend document number 69, which is his reply in further support of his request for default against Steven Johnson and W. Wilcox. However, on August 8, 2018, the Clerk indicated on the docket that Plaintiff's request for default (ECF No. 67) "cannot be granted as requested because the requested parties are no longer defendants in this matter." (Clerk's Quality Control Message, dated August 9, 2018.) Indeed, Steven Johnson and W. Wilcox were not named in the Third Amended Complaint. (*See* ECF No. 45.) Accordingly, Plaintiff's request for default was terminated and his Motion to Amend is Moot. Therefore, and for good cause appearing,

**IT IS** it is on 17th day of August 2018,

**ORDERED** that Plaintiff's Motion to Amend (ECF No. 70) is **DENIED** as moot.

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**